IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 23-29-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| PAUL NOMEE III, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture (Doc. 58). The Court having reviewed said motion and brief FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on November 28, 2023 (Doc. 49); and

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21

1

U.S.C. § 853(n)(1);

4. It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

1. The Motion for Final Order of Forfeiture (Doc. 58) is **GRANTED**.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

- Taurus, Model G2C, 9mm semi-automatic pistol (SN: ACH130010);
- One Magazine; and
- 23 rounds of assorted of 9mm caliber ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 9th day of February, 2024.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE